SIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                                :      CRIMINAL ACTION

v.                             :

                                :      No. 21-247-3

ALESHA MITCHELL
(BAIL)

## NOTICE OF SENTENCING

**TAKE NOTICE** that the above captioned matter is scheduled for **SENTENCING** on

**October 24** at **2:30 p.m.** before the Honorable Joel H. Slomsky in Courtroom 13A, 13th floor of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A         interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** 8/5/2024

For additional information, please contact the undersigned.

By:      Kelly Ann Haggerty
           Courtroom Deputy to J. Joel H. Slomsky
           Phone: 267.299-7341

Date:    9/9/2024

cc via email:    H. MATTES, ESQ, Defense Counsel
                   T. WRIGHT, AUSA
                   U.S. Marshal
                   Court Security
                   M. MAIER, Probation Office
                   Interpreter Coordinator crnotice (July 2021)